# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENARO SOTO<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY FLOOD CONTROL DISTRICT; THE CITY OF DOWNEY; THE CITY OF BELL GARDENS; THE CITY OF SOUTH GATE and Does 1-10,<br><br>Defendants. | Case: 2:15-cv-00787-FFM<br><br>**JUDGMENT** |

Pursuant to the Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 25, 2017   /s/ Frederick F. Mumm
             FREDERICK F. MUMM
             United States Magistrate Judge